UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FRIERI, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>SYSCO CORPORATION; SYSCO SAN DIEGO, INC.; AND DOES 1-100,<br><br>Defendants. | Case No.: 3:16-cv-01432-JLS-NLS<br><br>**ORDER GRANTING PARTIES' JOINT MOTION FOR CONTINUANCE OF DISCOVERY DISPUTE DEADLINE**<br><br>**(ECF No. 28)** |

Before the Court is the parties' Joint Motion to extend the time for them to file a Joint Motion for Determination of Discovery Dispute No. 2 regarding responses to Plaintiff's Special Interrogatories (Set One), Requests for Production of Documents (Set One) and Requests for Production of Documents (Set Two). ECF No. 28.

The parties represent the deadline is presently set for July 8, 2017, and they seek an additional ten days, to July 19, 2017. *Id.* The parties argue good cause exists to extend the deadline because counsel have met and conferred, and believe that with additional time they may resolve the issues without further involving the Court. *Id.* Having read and considered the Parties' Joint Motion, and good cause appearing, the continuance is **GRANTED.**

1    **IT IS HEREBY ORDERED** that the deadline for the Parties to File a Joint
2    Motion for Determination of Discovery Dispute No. 2. with regard to Defendant Sysco
3    Corporation's responses to Plaintiff's Special Interrogatories (Set One), Requests for
4    Production of Documents (Set One) and Requests for Production of Documents (Set
5    Two), is **July 19, 2017**.
6    **IT IS SO ORDERED.**
7    Dated: July 5, 2017

_Nita L. Stormes_
Hon. Nita L. Stormes
United States Magistrate Judge